IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| NDIAYE DJIBY, | ) |
|     Petitioner, | ) ) ) |
| v. | ) ) Civil Action No. 3:22-cv-171–HEH |
| CAROLINE DETENTION FACILITY, *et al.*, | ) ) ) ) |
|     Respondents. | ) ) |

## MEMORANDUM OPINION
(Dismissing 28 U.S.C. § 2241 Petition Without Prejudice)

Petitioner Ndiaye Djiby, a federal detainee proceeding *pro se*, submitted a 28 U.S.C. § 2241 petition (ECF No. 1). By Memorandum Order entered on October 3, 2022, the Court directed Petitioner, within thirty (30) days of the date of entry thereof, to pay the $5.00 filing fee or explain any special circumstances that would warrant excusing payment of the filing fee. (ECF No. 5.) The Court warned Petitioner it would dismiss the action if Petitioner did not pay the filing fee or explain any special circumstances that would warrant excusing payment of the filing fee. More than thirty (30) days have elapsed since the entry of the October 3, 2022 Memorandum Order and Petitioner has not responded. Accordingly, the action will be dismissed without prejudice.

An appropriate order will accompany this Memorandum Opinion.

Date: Nov. 16, 2022
Richmond, Virginia

          /s/
Henry E. Hudson
Senior United States District Judge